**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-01634-REB

DANNY L. PHILLIPS

    Plaintiff

v.

CAROLYN W. COLVIN, Commissioner of Social Security

    Defendant

**FINAL JUDGMENT**

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Reversing Disability Decision and Directing Award of Benefits of Judge Robert E. Blackburn entered on September 16, 2014. It is

ORDERED that the decision of Commissioner of Social Security is reversed and judgment is entered in favor of plaintiff.  The Commissioner is directed to award plaintiff benefits from his alleged date of onset.  Plaintiff is awarded his costs, to be taxed by the clerk of court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1, and as permitted by 28 U.S.C. § 2412(a)(1).

  Dated at Denver, Colorado this 17th day of September, 2014.

                                            FOR THE COURT:
                                            JEFFREY P. COLWELL, CLERK

By:  s/   s/A. Lowe
           s/A. Lowe
           Deputy Clerk