**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 13-cv-01634-REB

DANNY L. PHILLIPS,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## ORDER

**Blackburn, J.**

The matter is before the court on **Defendant's Unopposed Motion To Alter or Amend Judgment Pursuant to FED. R. CIV. P. 59(e)** [#23],[1] filed October 9, 2014. As noted in the title of the motion, plaintiff does not oppose the relief requested by the motion. To assist the parties in resolving this matter efficiently and otherwise to eschew further confusion in the resolution of this matter, the court finds and concludes that the motion should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That **Defendant's Unopposed Motion To Alter or Amend Judgment Pursuant To FED. R. CIV. P. 59(e)** [#23], filed October 9, 2014, is **GRANTED**;

---

[1] "[#23]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

2. That the court's **Order Reversing Disability Decision and Directing Award of Benefits** [#18], filed September 16, 2014, is **AMENDED** and the following language is **SUBSTITUTED** for paragraph three on page 12 of that Order:

> "3. That the Commissioner is **DIRECTED** to find that plaintiff is disabled under the Social Security Act as of his alleged onset of disability and to pay plaintiff benefits based on his applications protectively filed in February 2010;" and

3. That in all other respects, the extant order shall remain unchanged and in full force and effect.

Dated October 10, 2014, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge