**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-01634-REB

DANNY L. PHILLIPS

    Plaintiff

v.

CAROLYN W. COLVIN, Commissioner of Social Security

    Defendant

**AMENDED JUDGMENT**

In accordance with the Order granting Unopposed Motion to Alter or Amend Judgment Pursuant to FED. R. CIV. P. 59(e) of Judge Robert E. Blackburn entered on October 10, 2014, the following Amended Judgment is hereby entered. It is

ORDERED that the decision of Commissioner of Social Security is reversed and judgment is entered in favor of plaintiff. The Commissioner is **DIRECTED** to find that plaintiff is disabled under the Social Security Act as of his alleged onset of disability and to pay plaintiff benefits based on his applications protectively filed in February 2010.

Dated at Denver, Colorado this 10th day of October, 2014.

                        FOR THE COURT:
                        JEFFREY P. COLWELL, CLERK

                By: s/  A. Lowe

                        A. Lowe
                        Deputy Clerk