**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 13-cv-01634-REB

DANNY L. PHILLIPS,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## ORDER

**Blackburn, J.**

The matter before me is the parties' **Stipulation to Attorney Fees Under the Equal Access to Justice Act** [#26],[1] filed January 7, 2015. Based on the parties' stipulation, and having otherwise adequately been informed of the premises, I find and conclude that the stipulation is appropriate and should be approved.

**THEREFORE, IT IS ORDERED** as follows:

1. That the parties' **Stipulation to Attorney Fees Under the Equal Access to Justice Act** [#26], filed January 7, 2015, is **APPROVED**; and

2. That plaintiff is **AWARDED** $5,300.00 in attorney fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d)(1)(A).

---

[1] "[#26]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

Dated January 8, 2015, at Denver, Colorado.

BY THE COURT:

Bob Blackburn
Robert E. Blackburn
United States District Judge